### Ex parte C. W. MADDOX.

No. A-3465. Opinion Filed Aug. 11, 1921.
(198 Pac. 97.)

Petition of C. W. Maddox for writ of habeas corpus. Cause dismissed.

J. M. Smith, for petitioner.

PER CURIAM. On motion of counsel of record for petitioner in the above entitled and numbered cause, the same is dismissed without prejudice.